IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT D. STEED,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 12-cv-597-wmc

LIZZIE TEGELS, Warden,
New Lisbon Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Robert D. Steed for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice as barred by the statute of limitations.

    /s/　　　　　　　　　　　　　　　　5/14/2013
Peter Oppeneer, Clerk of Court　　　　　　　Date